## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 18-103 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| **GINA RITA RUSSELL,** | : | |
| **TONY JOHN EVANS,** | : | |
| **ROBERT EVANS,** | : | |
| **CORRY BLUE EVANS,** | : | |
| **ARCHIE KASLOV, and** | : | |
| **CANDY EVANS,** | : | |
| | : | |
| **Defendants.** | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for the Defendants Gina Rita Russell, Tony John Evans, Robert Evans, Corry Blue Evans, Archie Kaslov, and Candy Evans have reached an agreement as to the proposed protective order.

Therefore, the United States is authorized to represent to the Court that Defendants Tony John Evans, Robert Evans, Corry Blue Evans, Archie Kaslov, and Candy Evans do not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

By:               /s/
     KONDI KLEINMAN, CA Bar. No. 241277
     DAVID B. KENT, D.C. Bar No. 482850
     Assistant United States Attorneys
     555 4th Street, N.W.
     Washington, D.C. 20530
     (202) 252-6887 (Kleinman)
     (202) 272-7762 (Kent)
     Kondi.Kleinman2@usdoj.gov
     David.Kent@usdoj.gov