UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 18-00103-EGS-1 |
| | : | |
| **GINA RITA RUSSELL,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S NOTICE OF BREACH OF DEBRIEFING AGREEMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this notice regarding the debriefing agreement entered into by the defendant and her then-counsel.

On November 14, 2017, the defendant and her then-counsel entered into an agreement with the government to govern a debriefing session. A full copy of the debriefing agreement is attached as Exhibit A. Paragraph Three of the agreement notes the following:

> [I]n the event your client is ever a witness or presents evidence or arguments through other witnesses, at trial or any other proceeding, and your client's statements or that evidence contradicts statements made in your client's debriefing, the attorney or agent for the Government may cross-examine your client and other witnesses concerning any statements made or other information provided by your client during the debriefing(s), and may use any statements or evidence in any pleadings it files. Evidence regarding such statements may also be introduced in rebuttal. (This provision is to assure that your client does not abuse the opportunity for a voluntary debriefing(s), does not make material false statements to a government agency or fact finder, and does not commit perjury or otherwise provide materially false information at a trial or other proceeding, examples of which include, but are not limited to, sentencing hearings, parole hearings, and hearings on revocation of probation or supervised release). In any judicial proceeding held to determine whether the above exceptions apply, the Government may use statements or evidence from your client's debriefing and shall be required to prove the circumstances by a preponderance of the evidence.

*See* Exhibit A.

It is the government's position, based on the debriefing letter, that it is entitled to rebut any evidence, factual assertions, or arguments offered by the defense in conjunction with its motion to review and modify the order of detention using information provided at a debriefing session.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
for the District of Columbia

By: _____/s/_____
DAVID B. KENT, D.C. Bar No. 482850
KONDI KLEINMAN, CA Bar. No. 241277
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6887 (Kleinman)
(202) 272-7762 (Kent)
Kondi.Kleinman2@usdoj.gov
David.Kent@usdoj.gov