UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 18-00103-EGS |
| : | |
| GINA RITA RUSSELL, : | |
| TONY JOHN EVANS, : | |
| ROBERT EVANS, : | **FILED** |
| CORRY BLUE EVANS, : | **JUN 2 8 2018** |
| ARCHIE KASLOV, : | |
| CANDY EVANS, : | Clerk, U.S. District & Bankruptcy |
| : | Courts for the District of Columbia |
| Defendants. : | |

## ORDER

Comes now the Government's Memorandum in Support of Its Motion to Declare the Case "Complex" and to Exclude Time Under the Speedy Trial Act. Based upon the representations made in open court, the representations in the Government's Memorandum in Support of its Motion, and for other good cause shown, it is this  28  day of June, 2018, hereby

**ORDERED**, that the Motion to Declare the Case "Complex" Under the Speedy Trial Act is hereby **GRANTED**; and it is further

**ORDERED**, that pursuant to 18 U.S.C. § 3167(h)(7)(A), the Court, having considered the factors, among others, set forth in §§ 3161(h)(7)(B)(ii) and (B)(iv), finds that based on the complex nature of the case and the need to provide counsel with the reasonable time necessary for effective preparation, the ends of justice served by excluding time from the speedy trial clock outweigh the best interest of the public and the defendants in a speedy trial; and it is further

**ORDERED**, that the case is designated as complex. As previously stated in Court, the time between each defendants' initial status hearing before this Court and the June 29, 2018, status hearing will be excluded from the speedy trial clock.

_____
EMMET G. SULLIVAN
United States District Judge
