THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                        ) | CRIMINAL NO. 18-103 EGS |
| ) | |
| ) | |
| CORRY BLUE EVANS             ) | |

## MOTION FOR ADMISSION PRO HAC VICE
## OF ATTORNEY LEON JACOBSON

COMES NOW the undersigned as the sponsoring member of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, who moves the Court for an order granting admission *pro hac vice* to Leon Jacobson to appear and participate in proceedings in this Court in the above referenced actions. The grounds for this motion are set forth in the Declaration of Leon Jacobson filed concurrently herewith.

Mr. Jacobson acknowledges the power and jurisdiction of the United States District Court for the District of Columbia over his professional conduct and agrees to be bound by the District of Columbia Court of Appeals Rule of Professional Conduct, if he is admitted *pro hac vice* in this matter.

The undersigned is a member in good standing of the Bar of the United States Court for the District Court of the District of Columbia with whom Mr. Jacobson will be associated in this case.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting this Motion for Admission *Pro Hac Vice* of Attorney Leon Jacobson.

DATED:  June 28, 2018               Respectfully Submitted,

                                                          /s Margaret Anthony

                                                          Margaret Anthony (D.C. Bar No. 366642)
                                                          Attorney at Law
                                                          7401 Eastmoreland Road, Suite 714
                                                          Annandale, VA 22003
                                                          Telephone: (571) 263-1573;
                                                                          (202) 600-7668
                                                          Facsimile:  (703) 333-2050
                                                          Email: margaretanthony31@yahoo.com

                                                          *Attorneys for Defendant, Corry Blue Evans*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record have been served via the ECF system this 29th day of June, 2018.

                                                          _____/s Margaret Anthony_____
                                                          Margaret Anthony (D.C. Bar No. 366642)