THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        )
                                )
v.                              )        CRIMINAL NO. 18-103 EGS
                                )
                                )
CORRY BLUE EVANS                )


DECLARATION OF LEON JACOBSON IN SUPPORT OF MOTION FOR
ADMISSION PRO HAC VICE

Pursuant to 28 U.S.C. Sec 1746, Leon Jacobson, hereby declares as follows:


1. My full name is Leon Jacobson.

2. My office address and telephone number are:

   741 Madison Avenue, 4th Fl.
   New York, NY  10065
   Telephone: (917) 689-0580

3. I have been admitted to practice law in, and am a member in good standing of the Bar

of the State of New York, the United States District Courts for the Southern District of New

York, and the Eastern District of New York.

Southern District of New York, and the Eastern District of New York.

4. I have never been disciplined by any court or bar.

5. I have not been admitted *pro hac vice* in this Court in the last two years.

6. I do not practice law from an office located in the District of Columbia, am not a

member of the District of Columbia Bar, and do not have an application pending.

I affirm under the penalties of perjury that the foregoing is true and correct.

DATED:   June 28, 2018

Respectfully Submitted,

Leon Jacobson
741 Madison Avenue, 4th Floor
New York, NY 10065
Telephone: (917) 689-0580
leon.jacobson@bukhlawfirm.com

*Attorney for Corry Blue Evans*