

U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 10, 2018

**BY FEDEX/HAND**

For Defendant Gina Russell
Adam Silverstein, Esq.
Silverstein & Saperstein
185 Wythe Avenue, Suite A
Brooklyn, NY  11249
(212) 233-4995

For Defendant Robert Evans
Elita Amato, Esq.
2111 Wilson Boulevard
Arlington, VA  22201
(703) 522-5900

For Defendant Corry Blue Evans
Dwight Crawley, Esq.
1300 I Street, N.W.
Washington, D.C.  20005
(202) 580-9794

For Defendant Archie Kaslov
Dwight Crawley, Esq.
717 D Street, N.W.
Washington, D.C.  20004
(202) 783-6414

For Defendant Candy Evans
Richard Stern, Esq.
419 7th Street, N.W.
Washington, D.C.  20004
(202) 393-2261

　　　　RE:　United States v. Gina Russell, et al. (Crim. No. 18-cr-00103-EGS):
　　　　　　　Discovery Production No. 1 –**SUBJECT TO PROTECTIVE ORDER**

Dear Counsel:

　　　　We write to provide you with the government's first discovery production in the above-captioned case.  The government is enclosing 19 discs. These discs contain, among other items, extractions from electronic devices and the iCloud account of Defendant Robert Evans seized during the course of the investigation, video surveillance, and ICloud chats for Hollie Nadel.

We have enclosed a discovery index that documents what we have provided you. Please let us know if you have any questions or concerns.

        Sincerely,

        JESSIE K. LIU
        United States Attorney

By: _____/s/_____
    DAVID B. KENT
    KONDI KLEINMAN
    Assistant United States Attorneys
    (202) 272-7762 (Kent)
    (202) 252-6887 (Kleinman)
    David.Kent@usdoj.gov
    Kondi.Kleinman2@usdoj.gov

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 16, 2018

**BY FEDEX**

Matthew Myers, Esq.
Myers & Galiardo, LLP
229 Broadway, Suite 200
New York, NY  10007
(212) 986-5900

RE:   United States v. Gina Russell, et al. (Crim. No. 18-cr-00103-EGS):
Discovery Production No. 1 –**SUBJECT TO PROTECTIVE ORDER**

Dear Counsel:

     We write to provide you with the government's first discovery production in the above-captioned case.  The government is enclosing 19 discs. These discs contain, among other items, extractions from electronic devices and the iCloud account of Defendant Robert Evans seized during the course of the investigation, video surveillance, and ICloud chats for Hollie Nadel.

We have enclosed a discovery index that documents what we have provided you. Please let us know if you have any questions or concerns.

        Sincerely,

        JESSIE K. LIU
        United States Attorney

By: _____/s/_____
        DAVID B. KENT
        KONDI KLEINMAN
        Assistant United States Attorneys
        (202) 272-7762 (Kent)
        (202) 252-6887 (Kleinman)
        David.Kent@usdoj.gov
        Kondi.Kleinman2@usdoj.gov

Enclosures



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 14, 2018

**BY USAfx**

<table>
<tr><td>

For Defendant Gina Russell
Adam Silverstein, Esq.
Silverstein & Saperstein
185 Wythe Avenue, Suite A
Brooklyn, NY  11249

For Defendant Robert Evans
Elita Amato, Esq.
2111 Wilson Boulevard
Arlington, VA  22201

For Defendant Corry Blue Evans
Dwight Crawley, Esq.
1300 I Street, N.W.
Washington, D.C.  20005

</td><td>

For Defendant Archie Kaslov
Howard Katzoff, Esq.
717 D Street, N.W.
Washington, D.C.  20004

For Defendant Candy Evans
Richard Stern, Esq.
932 Hungerford Drive,
Suite 37A
Rockville, MD  20850

</td></tr>
</table>

RE:   United States v. Gina Russell, et al. (Crim. No. 18-cr-00103-EGS):
      Discovery Production No. 2 –**SUBJECT TO PROTECTIVE ORDER**

Dear Counsel:

  We write to provide you with the government's second discovery production in the above-captioned case. The Court filings listed on the attached index, including 996 pages of filings related to pen registers, search warrants, GPS warrants, and 2703(d) orders, have been loaded to USAfx. Pursuant to paragraphs 7 through 11 of the Protective Order entered in this case (ECF No. 22), all of these items have been designated as "Sensitive Materials," have accordingly been marked as "Sensitive," and are subject to the provisions for Sensitive Materials in the Protective Order.

      We have enclosed a discovery index that documents what we have provided you.  Please let us know if you have any questions or concerns.

                Sincerely,

                JESSIE K. LIU
                United States Attorney

        By: _____/s/_____
                DAVID B. KENT
                KONDI KLEINMAN
                Assistant United States Attorneys
                (202) 272-7762 (Kent)
                (202) 252-6887 (Kleinman)
                David.Kent@usdoj.gov
                Kondi.Kleinman2@usdoj.gov

Attachment

# Kent, David (USADC)

| | |
|---|---|
| **From:** | Kent, David (USADC) |
| **Sent:** | Thursday, June 14, 2018 4:47 PM |
| **To:** | Matthew Myers; rssjrg@erols.com; katzoffh@aol.com; amato.law@comcast.net; vadclawyer@gmail.com |
| **Cc:** | Kleinman, Kondi (USADC) |
| **Subject:** | Russell, Evans, Kaslov Discovery |
| **Attachments:** | Russell.Evans.Kaslov.6.14.18 Discovery Letter with Index for Discovery Production 2.pdf |

Counsel,

Attached is a discovery letter and discovery index for Discovery Production 2 which has been loaded to USAfx into the folder entitled, "6-14-18 – Discovery Production 2."

David B. Kent
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth St., N.W.
Washington, D.C.  20530
(202) 252-7762

1



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

June 20, 2018

**Letter and Index Via Electronic Mail
Hard Drive via FedEx**

For Defendant Gina Russell
Adam Silverstein, Esq.
Silverstein & Saperstein
185 Wythe Avenue, Suite A
Brooklyn, NY 11249
adamlaw@att.net

For Defendant Tony Evans
Matthew Myers
299 Broadway, Suite 200
New York, NY 10007
matthewmyersesq@gmail.com

For Defendant Robert Evans
Elita Amato, Esq.
2111 Wilson Boulevard
Arlington, VA 22201
amato@amatoatlaw.com

For Defendant Corry Blue Evans
Dwight Crawley, Esq.
1300 I Street, N.W.
Washington, D.C. 20005
vadclawyer@gmail.com

For Defendant Archie Kaslov
Howard Katzoff, Esq.
717 D Street, N.W.
Washington, D.C. 20004
katzoffh@aol.com

For Defendant Candy Evans
Richard Stern, Esq.
932 Hungerford Drive,
Suite 37A
Rockville, MD 20850
rssjrg@rcn.com

RE:   United States v. Gina Russell, et al. (Crim. No. 18-cr-00103-EGS):
      Discovery Production No. 3 –**SUBJECT TO PROTECTIVE ORDER**

Dear Counsel:

     We write to provide you with the government's third discovery production in the above-captioned case. The first production consisted of 19 discs that were delivered via FedEx or hand. The second production consisted of 996 pages of filings that were uploaded to USAfx. This third production consists of a hard drive containing approximately 35,000 pages of materials, including travel, phone, bank, credit, ride-sharing, and retail records, as well as FBI 302s and photographs from

search warrants. In addition, the hard drive contains numerous video files from banks and other establishments, as well as Daniel Zancan's post-arrest interview with the FBI. The attached index provides more specific information regarding what is contained in this third discovery production.

Please note, pursuant to paragraphs 7 through 11 of the Protective Order entered in this case (ECF No. 22), some of the items in this third production have been designated as "Sensitive Materials" and are subject to the provisions for Sensitive Materials in the Protective Order. The items that have been designated as "Sensitive Materials" are highlighted in yellow, marked with an asterisk, and appear in bold and italicized font on the discovery index. When you review the actual records from the third discovery production, you will see that a majority—but not all—of the items that have been designated as "Sensitive Materials" are marked with a "Sensitive" watermark. With that stated, because not all of the items that are designated as "Sensitive Materials" contain a "Sensitive" watermark, please consult the discovery index for a full list of items that have been designated as "Sensitive Materials."

The discovery index also has been updated to reflect that all materials in the Second Discovery production were designated as "Sensitive Materials" when they were produced, i.e., those items now appear in the index in bold, italicized font, and are highlighted in yellow.

You will receive a password for the hard drives under separate cover. Please let us know if you have any questions or concerns.

Sincerely,

JESSIE K. LIU
United States Attorney

By: _____/s/_____
　　　DAVID B. KENT
　　　KONDI KLEINMAN
　　　Assistant United States Attorneys
　　　(202) 272-7762 (Kent)
　　　(202) 252-6887 (Kleinman)
　　　David.Kent@usdoj.gov
　　　Kondi.Kleinman2@usdoj.gov

Attachment (Discovery Index)
Enclosure (Hard Drive)



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 11, 2018

**Letter and Index via Electronic Mail**
**Files via USAfx**

For Defendant Gina Russell
Brandi Harden, Esq.
Harden and Pinckney
400 7th Street, NW #604
Washington, DC 20004
hardenpinckney@gmail.com

For Defendant Tony Evans
Matthew Myers, Esq.
299 Broadway, Suite 200
New York, NY 10007
matthewmyersesq@gmail.com

For Defendant Robert Evans
Elita Amato, Esq.
2111 Wilson Boulevard
Arlington, VA 22201
amato@amatoatlaw.com

For Defendant Corry Blue Evans
Leon Jacobson, Esq.
Bukh Law Firm, PLLC
741 Madison Avenue, 4th Floor
New York, NY 10065
leon.jacobson@bukhlawfirm.com

For Defendant Archie Kaslov
Howard Katzoff, Esq.
717 D Street, N.W.
Washington, DC  20004
katzoffh@aol.com

For Defendant Candy Evans
Richard Stern, Esq.
932 Hungerford Drive,
Suite 37A
Rockville, MD  20850
rssjrg@rcn.com

RE: United States v. Gina Russell, et al. (Crim. No. 18-cr-00103-EGS):
Discovery Production No. 4 –**SUBJECT TO PROTECTIVE ORDER**

Dear Counsel:

We write to provide you with the government's fourth discovery production in the above-captioned case. The first production consisted of 19 discs that were delivered via FedEx or hand. The second production consisted of 996 pages of filings that were uploaded to USAfx. The third production consisted of a hard drive containing approximately 35,000 pages of materials, including travel, phone, bank, credit, ride-sharing, and retail records, as well as FBI 302s and photographs from search warrants; the hard drive also contained numerous video files from banks and other establishments, as well as Daniel Zancan's post-arrest interview with the FBI.

**Fourth Production**

This fourth production consists of more than 2,000 additional pages and includes FBI 302s, some of which relate to statements by defendants, pen register results, and handwritten notes.

**Sensitive Items**

Please note, pursuant to paragraphs 7 through 11 of the Protective Order entered in this case (ECF No. 22), almost all of items in this fourth production have been designated as "Sensitive Materials" and are subject to the provisions for Sensitive Materials in the Protective Order. The items that have been designated as "Sensitive Materials" are highlighted in yellow, marked with an asterisk, and appear in bold and italicized font on the discovery index.

**File Format**

In the third production and this fourth production, a supermajority of files have been produced in three different ways: (1) as Images (with visible Bates labels); (2) in their Native file format; and (3) as OCR files. Items that have been classified as "Sensitive" contain a "Sensitive" watermark when viewed as "Image" files. However, please note, the "Sensitive" watermark and Bates labels are only visible when you view these files as "Images." The watermark does not appear when viewing files in the Native or OCR file formats. <u>Thus, please pay careful attention to the Bates-labeled file names and discovery index when you review discovery with your clients to ensure compliance with the Court's protective order.</u>

**Update to the Index**

The discovery index has been updated to reflect this fourth production. The index also has been updated on page twelve to show precisely which documents within the Bates-labeled range "FBI-000001-002993" were produced as part of the third production.

Sincerely,

JESSIE K. LIU
United States Attorney

By: _____/s/_____
DAVID B. KENT
KONDI KLEINMAN
Assistant United States Attorneys
(202) 272-7762 (Kent)
(202) 252-6887 (Kleinman)
David.Kent@usdoj.gov
Kondi.Kleinman2@usdoj.gov

Attachment (Discovery Index)

2



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 13, 2018

**Letter and Index via Electronic Mail**
**Files via USAfx**

<u>For Defendant Gina Russell</u>
Brandi Harden, Esq.
Harden and Pinckney
400 7th Street, NW #604
Washington, DC 20004
hardenpinckney@gmail.com

<u>For Defendant Corry Blue Evans</u>
Leon Jacobson, Esq.
Bukh Law Firm, PLLC
741 Madison Avenue, 4th Floor
New York, NY 10065
leon.jacobson@bukhlawfirm.com

<u>For Defendant Tony Evans</u>
Matthew Myers, Esq.
299 Broadway, Suite 200
New York, NY 10007
matthewmyersesq@gmail.com

<u>For Defendant Archie Kaslov</u>
Howard Katzoff, Esq.
717 D Street, N.W.
Washington, DC 20004
katzoffh@aol.com

<u>For Defendant Robert Evans</u>
Elita Amato, Esq.
2111 Wilson Boulevard
Arlington, VA 22201
amato@amatoatlaw.com

<u>For Defendant Candy Evans</u>
Richard Stern, Esq.
932 Hungerford Drive,
Suite 37A
Rockville, MD 20850
rssjrg@rcn.com

RE:   <u>United States v. Gina Russell, et al.</u> (Crim. No. 18-cr-00103-EGS): Discovery Production No. 5 –**SUBJECT TO PROTECTIVE ORDER**

Dear Counsel:

We write to provide you with the government's fifth discovery production in the above-captioned case. This fifth production consists of approximately 300 pages of documents, 76 photos, and responsive items seized from three email accounts pursuant to search warrants.

Please note, pursuant to paragraphs 7 through 11 of the Protective Order entered in this case (ECF No. 22), one item in this fifth production has been designated as "Sensitive Materials" and is subject to the provisions for Sensitive Materials in the Protective Order. The item that has been

designated as "Sensitive Materials" is highlighted in yellow, marked with an asterisk, and appears in bold and italicized font on the discovery index.

The discovery index has been updated to reflect this fifth production.

                          Sincerely,

                          JESSIE K. LIU
                        United States Attorney

By:      /s/
        DAVID B. KENT
        KONDI KLEINMAN
        Assistant United States Attorneys
        (202) 272-7762 (Kent)
        (202) 252-6887 (Kleinman)
        David.Kent@usdoj.gov
        Kondi.Kleinman2@usdoj.gov

Attachment (Discovery Index)