# Silverstein & Saperstein
Attorneys at Law

*[handwritten notation: Let this be filed 7/9/18]*

July 2, 2018

By email
mark_coates@dcd.uscourts.gov

Mark Coates, Courtroom Deputy
Hon. Judge Emmet G. Sullivan
United States District Court, District of Columbia
333 Constitution Avenue
Washington, DC 20001

**FILED**

**JUL - 9 2018**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

                Re:      <u>United States v. Gina Russell</u>
                         1:18-cr-00103-EGS

Hon Judge:

       On reflection, my client has elected to accept this Court's recommendation on the record Friday that the Court appoint substitute counsel. After a prolonged conversation with both my client and her family, I do not believe there exists between us a workable attorney-client relationship. I am prepared to forward the existing discovery to incoming counsel and to otherwise comply with the Court's instructions with respect to any transitional matters. Kindly advise if CJA will be appointed or how this Court determines to proceed. I am copying herewith counsel present during the hearing on Friday.

                                                  Yours truly,

                                                  *Adam Silverstein*

                                                  Adam Silverstein

cc:     Gina Russell, c/o Terry Russell
         AUSA Kondi Kleinman
         AUSA David Kent

---

☐ **brooklyn office**
The Law Offices of Adam Silverstein, P C
185 Wythe Avenue, Suite A, Brooklyn, NY 11249
Tel (212) 233-4995, Fax (646) 762-9857
adamlaw@att.net

☐ **manhattan office**
Ivan A. Saperstein P C
494 8th Avenue, 6th Floor, New York NY 10001
Tel (914) 356-8595 / (212) 321-7081
Fax (914) 356-859/ ivan@ivansaperstein.com

☐ **new jersey office**
Court Plaza South - East Wing
21 Main Street, Suite 305
Hackensack, NJ 07601
T (201) 488-0544/Fx (201) 488-0240