UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No. 18-00103-EGS-1 |
| GINA R. RUSSELL, : | |
| : | |
| DEFENDANT. : | |

**CONSENT MOTION TO CONTINUE STATUS HEARING**

Defendant Gina Russell, by and through undersigned counsel, respectfully moves this Court to continue the status hearing scheduled for September 21, 2018. Specifically, Ms. Russell requests that the Court continue the hearing until September 24, 2018, at 3:30 PM.

In support of this Motion, counsel states:

1. On April 19, 2018, a grand jury returned a thirteen-count indictment against Defendants Gina Russell, Tony John Evans, Robert Evans, Corry Blue Evans, Archie Kaslov, and Candy Evans. Ms. Russell was charged with conspiracy to commit extortion, bank fraud, and wire fraud, in violation of 18 U.S.C. § 371; Interference with Interstate Commerce by Extortion, in violation of 18 U.S.C. § 1951(a); Bank Fraud, in violation of 18 U.S.C. § 1344(2); Wire Fraud, in violation of 18 U.S.C. § 1343; Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h) and; Tampering with a Witness by Corrupt Persuasion or Misleading Conduct in violation of 18 U.S.C. § 1512(b)(3).

2. On June 29, 2018, Ms. Russell appeared before the Court for a status hearing. An additional status hearing was scheduled for September 21, 2018.  When the

    September 21, 2018, status hearing was scheduled, undersigned counsel was not counsel of record for Ms. Russell.

3. Counsel is unavailable on September 21, 2018.

4. Counsel is currently visiting faculty at Harvard University in the Trial Advocacy Workshop and will be out of the jurisdiction until September 22, 2019.

5. The parties contacted the Courtroom clerk on September 18, 2018, regarding scheduling a new date and time and were informed that September 24, 2018, is an available date for the Court.

6. Counsel has contacted the government, and there is no objection to continuing the September 21, 2018, hearing.

7. Counsel respectfully requests that this Court continue the status hearing scheduled for September 21, 2018, to September 24, 2018, at 3:30 PM.

**WHEREFORE** for the foregoing reasons, and any others this Court deems just and proper, Gina Russell through counsel, respectfully requests that this Court continue the status hearing to September 24, 2018.

    Respectfully submitted,

    /s/ Brandi Harden
    _____

    Brandi Harden, Esq.
    Bar No. 470-706
    Harden & Pinckney, PLLC
    400 7th Street NW, Suite 604
    Washington, DC 20004
    202.390.0374
    hardenpinckney@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that on September 19, 2018, I caused a copy of the foregoing Consent Motion to Continue Status Hearing to be filed with the Clerk using the CM/ECF System which will send notification of this filing to all parties.

`                                                        /s/ Brandi Harden
                                                        _____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Criminal No. 18-00103-EGS-1** |
| **GINA R. RUSSELL,** : | |
| : | |
| **DEFENDANT.** : | |

## ORDER

Upon consideration of the Consent Motion to Continue the Status Hearing and the entire record herein, it is this _____day of September 2018, hereby,

ORDERED that the motion is GRANTED; it is further

ORDERED that the status hearing previously scheduled for September 21, 2018 has been rescheduled to September 24, 2018, at 3:30 p.m.;

IT IS SO ORDERED.

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE