**EXHIBIT A**

```
MARTIN RETTING, INC.                              Invoice No.   485424
11029 WASHINGTON BOULEVARD                              Date:   05/12/16
CULVER CITY, CA 90232                                   Time:    16:10
310-837-2412                                      Cust No.   EVANTONY
www.retting.com
```

Sold To: EVANS, TONY JOHN
         VENTURA CANYON AVE
APT
SHERMAN OAKS, CA 91423

Salesman 82        Register: 3
                                                            Lwy No.   123170

| Quantity | Unit | Item Number | Description | Price | Extension |
|---|---|---|---|---|---|
| 1 | EACH | 2218864194 | S&W 686-6 357 4" 7 SHOT STS REVOLVER | 829.99 | 829.99 |
| | | Serial #'s CZL8915 | | | |
| 1 | EACH | 3708431400 | STOEGER COACHGUN 12GA 20" SHOTGUN 31400 | 399.95 | 399.95 |
| | | Serial #'s C806099-13 | | | |
| 2 | EACH | *DROS | CAL GUN REGISTRATION FEE | 25.00 | 50.00 |
| 1 | EACH | *SAFEHANDLING | SAFE HANDLING DEMONSTRATION COMPLETED | .00 | .00 |
| 1 | EACH | *PKG | [S&W] OEM BLUE BOX [STOEGER] OEM BOX | .00 | .00 |
| 1 | EACH | *RES | CA RESIDENCY REQUIREMENT EST. AND ATTACHED TO DROS [S&W] OEM REGAL R15SC3 | .00 | .00 |
| 1 | EACH | NADCGL60 | NAD CGL60 LOCK CABLE CAL APPROVED | 9.95 | 9.95 |
| 1 | EACH | 1687615352 | BARNES 357MAG 140GR XPB HP VOR-TX 21543 BB357M2 | 26.95 | 26.95 |
| 1 | EACH | 4770051390 | REM 12GA 00 9 PELLET BX25 BOX 25    12B00A | 23.95 | 23.95 |
| 1 | EACH | 6669212211 | AZOOM SNAP CAPS 12GA 2EA    12211AZ | 10.50 | 10.50 |
| 1 | EACH | 6669216118 | AZOOM SNAP CAPS 38SPL 6@    16118AZ | 18.95 | 18.95 |

I've rec'd the above listed items and agree to MBR, Inc. Terms and Conditions of Sale.

```
                                    Sale Amt    1,370.24
                                    Sales Tax     125.42
                                    Total       1,495.66
                                    Pmt Rec'd   1,495.66
                                    Bal Due          .00
```