UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT EVANS,<br>CORRY BLUE EVANS,<br>CANDY EVANS, and<br>ARCHIE KASLOV,<br><br>　　　　　Defendants. | Criminal No. 18-00103 (EGS) |

**ORDER**

Upon consideration of the government's motion for an order requiring defendants Corry Blue Evans and Candy Evans to provide a buccal swab, the memoranda submitted in support of and opposition thereto, the relevant legal precedent, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the government's motion is **DENIED**; and it is further

**ORDERED** that any compulsion of Mr. Corry Blue Evans or Ms. Candy Evans to provide a buccal swab DNA sample shall be a violation of the Fourth Amendment of the United States Constitution.

　　　**SO ORDERED.**

**Signed:　Emmet G. Sullivan**
**　　　　　United States District Judge**
**　　　　　December 6, 2019**