UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 18-00103-1 (EGS) |
| | : | |
| v. | : | |
| | : | |
| GINA RITA RUSSELL, | : | |
| | : | **FILED UNDER SEAL** |
| Defendant. | : | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant Gina Russell, by and through undersigned counsel, respectfully moves this Court to modify her conditions of release, place her on personal recognizance-- remove the GPS requirement and order weekly calls to District of Columbia Pretrial Services Agency (DC PSA).

In support of the motion, counsel states the following.

1. On April 19, 2018, Gina Russell was charged via indictment with conspiracy to commit extortion, bank fraud, and wire fraud, in violation of 18 U.S.C. § 371; Interference with Interstate Commerce by Extortion, in violation of 18 U.S.C. § 1951(a); Bank Fraud, in violation of 18 U.S.C. § 1344(2); Wire Fraud, in violation of 18 U.S.C. § 1343; Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h) and; Tampering with a Witness by Corrupt Persuasion or Misleading Conduct in violation of 18 U.S.C. § 1512(b)(3). *See* ECF 1.

2. On February 7, 2019, the Court allowed Ms. Russell to move from Washington D.C. to California, removed her from the High-Intensity Supervision Program and transferred her to GPS monitoring only.

3. On May 13, 2019, Ms. Russell was accepted for courtesy supervision by the US

    Pretrial Services Agency for the Central District of California (CDCA) and is currently being supervised in Los Angeles, California, by US Probation Officers Rodrigues and Ochoa.

4. On February 29, 2020, Ms. Russell moved to San Diego, California and courtesy supervision was approved by the US Pretrial Services Agency for the Southern District of California (SDCA).

5. On March 16, 2020, DC PSA was informed by SDCA that Ms. Russell was relocating permanently back to Los Angeles to be with a family member, who has been diagnosed with a life-threatening illness, to assist her with her medical needs.

6. Ms. Russell has again been accepted for courtesy supervision by the CDCA.

7. Ms. Russell has remained in compliance with her conditions of release since September 25, 2018. Notwithstanding her compliance, each time Ms. Russell relocates within California, DC PSA must go through the process of requesting courtesy supervision from a separate office. While CDCA's office has been gracious enough to re-accept courtesy supervision, DC PSA has indicated that Ms. Rusell will not be authorized to move again.

8. It is imperative that Ms. Russell is allowed to care for her family member during the pendency of this case. Therefore, it is respectfully requested that the Court remove Ms. Russell from GPS monitoring and allow her to make weekly telephone calls to DC PSA.

9. Counsel has conferred with Assistant United States Attorney Kondi Kleinman regarding this motion, and the government does not oppose this request.

WHEREFORE, the Defendant respectfully requests that the's Motion to Modify Conditions of Release be granted.

Respectfully submitted,

/s/ *Brandi Harden*

Brandi Harden, Esq.
Bar No. 470-706
Harden & Pinckney, PLLC
400 7th Street NW, Suite 604
Washington, DC 20004
202.390.0374
hardenpinckney@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been filed through the CM/ECF system on March 20, 2020, and sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Brandi Harden*

Brandi Harden