THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 18-103(4) (EGS)** |
| **v.** : | |
| : | |
| **CORRY BLUE EVANS,** : | |
| : | |
| **Defendant.** : | |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINES RELATING TO THE MOTION FOR A HEARING ON COUNSEL'S POTENTIAL CONFLICTS OF INTEREST

COMES NOW Defendant Corry Blue Evans, through undersigned counsel, and respectfully moves this Court to extend the deadlines corresponding to the Government's pending Motion for a Hearing on Counsel's Potential Conflicts of Interest.  In support of this motion, defendant states as follows:

1.     This Court's Minute Entry dated October 8, 2020 established the following motion schedule:  Government's motion was to be filed by December 1, 2020; Defendant's response, by December 31, 2020; and the Government's reply by January 14, 2021.

2.     Additionally, Defendant appeared by VTC at the Court's status conference on December 10, 2020, at which time the next status conference was calendared for February 4, 2021.

3.     Undersigned counsel respectfully requests additional time to submit Defendant's response due to the press of business, as well as some difficulty encountered in following up on matters potentially related to the motion during the holiday season.

4. In counsel's communications with AUSA Kondi Kleinman, Mr. Kleinman indicated that the Government would not be opposed to a two-week extension of the remaining deadlines—including the date corresponding to the Government's reply—and agreed to leave it to the Court's judgment, whether to adjourn the February 4, 2021 status conference.

5. We therefore respectfully request that the deadlines be extended in the following manner: Defendant's response on January 14, 2021, Government's reply on January 28, 2021, and Status Conference subject to the Court's judgment.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests that this Court extend the deadlines for submission by two weeks, and the Status Conference, as the Court may deem just and proper.

DATED: December 30, 2020                               Respectfully Submitted,

*[signature]*

Leon Jacobson
160 Schioles Street, 1B
Brooklyn, NY 11206
Telephone: (917) 689-0580
leon.jacobson@bukhlawfirm.com

/s Margaret Anthony
Margaret Anthony (D.C. Bar No. 366642)
7401 Eastmoreland Road, Suite 714
Annandale, VA 22003
Telephone: (571) 263-1573
              (202) 600-7668
Facsimile: (703) 333-2050
margaretanthony31@yahoo.com

*Attorneys for Defendant Corry Blue Evans*