UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 18-103-1** |
| | : | |
| v. | : | |
| | : | |
| **GINA RITA RUSSELL,** | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and defendant Gina Rita Russell, through counsel Brandi Harden, respectfully file this joint status report.

On April 19, 2018, a federal grand jury returned an indictment charging the defendant with Conspiracy to Commit Extortion, Bank Fraud, and Wire Fraud, in violation of 18 U.S.C. § 371; Interference with Interstate Commerce by Extortion, in violation of 18 U.S.C. § 1951(a); Bank Fraud, in violation of 18 U.S.C. § 1344(2); Wire Fraud, in violation of 18 U.S.C. § 1343; Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h); and Tampering with a Witness, in violation of 18 U.S.C. § 1512(b)(3).

On July 30, 2019, the defendant pleaded guilty to Interference with Interstate Commerce by Extortion, in violation of 18 U.S.C. § 1951(a), before the Honorable Emmet G. Sullivan.

The defendant's case is not yet ready for sentencing, but the parties anticipate that the case will be ripe for sentencing during the second half of 2023. Accordingly, the parties respectfully request that the Court order them to file a joint status report by no later than June 15, 2023, apprising the Court about the status of the case.[1]

---

[1] The parties apologize for not filing this status report by February 7, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
UNITED STATES ATTORNEY


By:   /s/ Kondi Kleinman
KONDI KLEINMAN
California Bar No. 241277
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6887
Kondi.Kleinman2@usdoj.gov



  /s/ Brandi Harden
Brandi Harden
HARDEN LAW, PLLC
400 7th Street NW, Suite #604
Washington, DC 20004
202-621-8268
hardenlawoffices@gmail.com