UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 18-103-1** |
| | : | |
| v. | : | |
| | : | |
| **GINA RITA RUSSELL,** | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and defendant Gina Rita Russell, through counsel Brandi Harden, respectfully file this joint status report.

On April 19, 2018, a federal grand jury returned an indictment charging the defendant with Conspiracy to Commit Extortion, Bank Fraud, and Wire Fraud, in violation of 18 U.S.C. § 371; Interference with Interstate Commerce by Extortion, in violation of 18 U.S.C. § 1951(a); Bank Fraud, in violation of 18 U.S.C. § 1344(2); Wire Fraud, in violation of 18 U.S.C. § 1343; Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h); and Tampering with a Witness, in violation of 18 U.S.C. § 1512(b)(3).

On July 30, 2019, the defendant pleaded guilty to Interference with Interstate Commerce by Extortion, in violation of 18 U.S.C. § 1951(a), before the Honorable Emmet G. Sullivan.

The defendant's case is not yet ready for sentencing. The parties anticipate that the case will be ripe for sentencing during the second half of 2023. Accordingly, the parties respectfully request that the Court order them to file a joint status report by no later than July 20, 2023, apprising the Court about the status of the case.

        Respectfully submitted,

        MATTHEW M. GRAVES
        D.C. Bar No. 481052
        UNITED STATES ATTORNEY

By:   /s/ Kondi Kleinman
        KONDI KLEINMAN
        California Bar No. 241277
        Assistant United States Attorney
        Fraud, Public Corruption & Civil Rights Section
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-6887
        Kondi.Kleinman2@usdoj.gov


        /s/ Brandi Harden
        Brandi Harden
        HARDEN LAW, PLLC
        400 7th Street NW, Suite #604
        Washington, DC 20004
        202-621-8268
        hardenlawoffices@gmail.com