# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 18-CR-103-1-TSC |
| v. | : | |
| | : | |
| GINA RITA RUSSELL, | : | **UNDER SEAL** |
| Defendant. | : | |

## ORDER

Upon consideration of the Government's *Ex Parte* Motion for Revocation of Defendant's Release and Request that the Court Issue a Bench Warrant, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that an arrest warrant shall issue for the defendant.

It is further ORDERED that the Government's *Ex Parte* Motion and proposed order, and this order, shall remain SEALED until further order of the court.

It is further ORDERED that upon the arrest of the defendant, the government shall promptly notify Chambers and the Clerk's Office of the arrest. The government is permitted to disclose the necessary documents—before they are unsealed—to any agencies which can help effectuate the arrest.

It is further ORDERED that following the defendant's arrest and any out-of-district initial appearance, the Court will hold a hearing pursuant to 18 U.S.C. § 3148(b).

Dated: March 18, 2024

Tanya S. Chutkan
U.S. District Judge