AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
| | ) Case No. 18-CR-103-1-TSC |
| Gina Rita Russell | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Gina Rita Russell, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of Pretrial Release Conditions

Date: 3/18/2024

Issuing officer's signature

City and state: Washington, D.C.

Tanya S. Chutkan, U.S. District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/18/24, and the person was arrested on *(date)* 3/19/24
at *(city and state)* Los Angeles, CA

Date: 3/19/24

Arresting officer's signature

Special Agent Richard Higgins
*Printed name and title*