AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
|  | ) Case No. 18-CR-103-1-TSC |
| Gina Rita Russell | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Gina Rita Russell
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of Pretrial Release Conditions

Date: 3/18/2024

_____
*Issuing officer's signature*

City and state: Washington, D.C.

Tanya S. Chutkan, U.S. District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/18/24, and the person was arrested on *(date)* 3/19/24
at *(city and state)* Los Angeles, CA

Date: 3/19/24

_____
*Arresting officer's signature*

Special Agent Richard Higgins
*Printed name and title*



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER MJ 24-01565 |
|---|---|
| PLAINTIFF(S) v. | 18-CR-103-1-TSC |
| Gina Rita Russell  DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: United States District Court
in the _____ District of Columbia on March 18, 2024
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about February 28, 2024
in violation of Title 18 _____ U.S.C., Section(s) 3148
to wit: Russell violated the terms of her pretrial release

A warrant for defendant's arrest was issued by: U.S. District Judge Tanya S. Chuktan

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/19/2024
                Date

_Richard Higgins (signature)_
**Signature of Agent**

Richard Higgins
**Print Name of Agent**

FBI
**Agency**

Special Agent
**Title**

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

FILED

2024 MAR 19 AM 10: 50

CLERK U.S. DISTRICT...
CENTRAL DIST. OF...
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Gina Rita Russell<br>USMS# _____ | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER: 18-CR-103-1-TSC<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**2:24-mj-01565-DUTY**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 3/19/2024 at 9:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. 3148(b)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1988

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: Aaron Michael Parness (Not representing)   Phone Number: 202-465-2667

9. Name of Pretrial Services Officer notified: Marco McGuthrie

10. Remarks (if any): _____

11. Name: Richard Higgins   (please print)

12. Office Phone Number: 202-714-7026

13. Agency: FBI

14. Signature: _[signature]_

15. Date: 3/18/2024

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>GINA RITA RUSSELL<br><br>DEFENDANT. | ☑ LA ☐ RS ☐ SA   DATE FILED: 3/19/2024<br>CASE NUMBER: 2:24-mj-01565-DUTY ~~Under Seal~~<br>INIT. APP. DATE: 3/19/2024   TIME: 1:30 PM<br>CHARGING DOC: Out of District Affidavit<br>DEFENDANT STATUS: In Custody<br>☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT<br>VIOLATION: 18 USC 3148<br>COURTSMART/REPORTER: CS 3/19/2024 |

| | |
|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Jean P. Rosenbluth | **CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE** |

PRESENT: Bea Martinez / *Deputy Clerk*   Danbee C. Kim / *Assistant U.S. Attorney*   _____ / *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☑ removal hearing / Rule 20.
☐ Defendant states true name ☐ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
☑ Attorney: Adithya Mani   ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution
   Ordered (see separate order) ☐ Special appearance by: _____
☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☑ Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☑ Government moves to UNSEAL Complaint/Indictment/Information/(Entire Case:) ☑ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at _____ in Los Angeles
☐ Post-Indictment Arraignment set for: _____ at _____ in Los Angeles
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☑ Defendant executed Waiver of Rights.   ☐ Process received.
☑ Court ORDERS defendant Held to Answer to _____ District of Columbia
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☑ Warrant of removal and final commitment to issue. Date issued: 3/19/2024 By CRD: B. Martinez
   ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
☐ Type of Hearing: _____ Before Judge _____ / Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☑ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Electronic Release Order issued (if issued using Release Book: Release Order No. _____).
☑ Other: No Reporting ~~date~~ date provided by the Gov't.

RECEIVED: ☑ PSA ☐ PROBATION ☑ FINANCIAL ☑ CR-10   ☑ READY   Deputy Clerk Initials: bm
                                                                                         33

FILED
CLERK, U.S. DISTRICT COURT

MAR 19 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>GINA RITA RUSSELL<br>　　　　　　　　　　Defendant. | CASE NUMBER:<br><br>2:24-MJ-1565-DUTY<br><br>**ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS** |
|---|---|

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

### IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

### IF YOU ARE CHARGED WITH A VIOLATION OF
### YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

---

CR-10 (06/18)　　　ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS　　　PAGE 1 OF 2

*continued on Page 2*

## IF YOU ARE CHARGED IN ANOTHER DISTRICT

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

## IF YOU ARE APPEARING FOR ARRAIGNMENT

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

---

**ACKNOWLEDGMENT OF DEFENDANT:**

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: _____    X _____
                                    *Signature of Defendant*

*[or]*

I have personally heard a translation in the _____ language read to me and understand the above Advisement of Rights.

Dated: _____    _____
                                    *Signature of Defendant*

---

**STATEMENT OF THE INTERPRETER:**

I have translated this Advisement of Rights to the Defendant in the _____ language.

Dated: _____    _____
                                    *Signature of Interpreter*

                                 _____
                                    *Print Name of Interpreter*

---

**STATEMENT OF COUNSEL:**

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

Dated: _____    _____
                                    *Signature of Attorney*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,
PLAINTIFF
v.
GINA RITA RUSSELL

DEFENDANT.

CASE NUMBER:
2:24-MJ-1565-DUTY

WAIVER OF RIGHTS
(OUT OF DISTRICT CASES)

I understand that charges are pending in the _____ District of ~~Samoa~~ Columbia alleging violation of __Pretrial Release__ and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
  (1)   have an identity hearing to determine whether I am the person named in the charges;
  (2)   arrival of process;

*-Check one only-*

☐ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
  (3)   have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
  (4)   request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☑ **PROBATION OR SUPERVISED RELEASE CASES:**
  (3)   have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☐ have an identity hearing
☑ arrival of process
☐ have a preliminary hearing
☐ have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☑ have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

X _____
Defendant

_____
Defense Counsel

Date: 3/19/24

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____        _____
                             Interpreter (if required)



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 24-MJ-1565-Duty |
| v. | |
| Gina Rita Russell, | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| | _____ District of ___Columbia___ |
| DEFENDANT(S). | At _____ |
| | (City) |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court
☑ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

☑ in violation of Title __18__ United States Code, Section (s) __3148__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:

☑ duly waived arrival of process.
☑ duly waived identity hearing before me on _3/19/2024_.
☐ duly waived preliminary hearing before me on _____.
☐ had a preliminary hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had an identity hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  ☐ Bail has been set at $_____ but has not been posted.
  ☑ No bail has been set.
  ☑ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

__March 19, 2024__                    _/s/ illegible signature_
Date                                  United States Magistrate Judge

## RETURN

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____                    _____
Date                              Deputy

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Gina Rita Russell, DEFENDANT. | CASE NUMBER 24MJ-1565-Duty <br><br> **ABSTRACT OF COURT PROCEEDING** |
|---|---|

TO:  UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:

You are hereby notified that the Honorable Jean P. Rosenbluth,
☐ United States District Judge  ☒ United States Magistrate Judge, has this date  ☐ ordered  ☒ recommended that the above-named federal prisoner be:

☒ Allowed to make ☐ _____ social ☒ _____ legal telephone call(s) at prisoner's own expense;
   ☐ forthwith   ☐ as soon as possible   ☒ as requested, at suitable times

☐ Allowed social visits       ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for anxiety and migraines
A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Other _____

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

Dated: March 19, 2024

CLERK U.S. DISTRICT COURT
By: B. Martinez
Deputy Clerk

### RETURN TO CLERK'S OFFICE

☐ Western Division-Los Angeles   ☐ Southern Division-Santa Ana   ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____

_____

_____

Name (Print)        Title        Signature

cc: ☒ MDC, ☒ Cell block

CR-53 (10/22)              ABSTRACT OF COURT PROCEEDING

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-01565-DUTY All Defendants

Case title: USA v. Russell

Date Filed: 03/19/2024

Date Terminated: 03/19/2024

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | |
|---|---|
| **Gina Rita Russell**<br>REG 76201-112<br>*TERMINATED: 03/19/2024* | represented by **Adithya Mani**<br>Federal Public Defenders Office<br>321 East 2nd Street<br>Los Angeles, CA 90012<br>213-894-2854<br>Fax: 213-894-0081<br>Email: Adithya_Mani@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | | |
|---|---|---|---|
| USA | | represented by | **US Attorney's Office**<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2024 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Gina Rita Russell, originating in the District of Columbia. Defendant charged in violation of: 18:3148. Signed by agent Richard Higgins, FBI. filed by Plaintiff USA. (jb) (Entered: 03/22/2024) |
| 03/19/2024 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Gina Rita Russell; defendants Year of Birth: 1988; date of arrest: 3/19/2024 (jb) (Entered: 03/22/2024) |
| 03/19/2024 | 3 | Defendant Gina Rita Russell arrested on warrant issued by the USDC District of Columbia at Washington D.C.. (Attachments: # 1 Charging document-District of Columbia)(jb) (Entered: 03/22/2024) |
| 03/19/2024 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Gina Rita Russell (jb) (Entered: 03/22/2024) |
| 03/19/2024 | 5 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Jean P. Rosenbluth as to Defendant Gina Rita Russell. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Contested detention hearing held. Defendant arraigned and states true name is Attorney: Adithya Mani for Gina Rita Russell, Deputy Federal Public Defender, present. Granting 4 REQUEST for Detention as to Gina Rita Russell (1). Court orders defendant Permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Columbia. Warrant of Removal and final commitment to issue. Government moves to UNSEAL entire case: Granted. No reporting date provided by the government. Court Smart: CS 3/19/2024. (jb) (Entered: 03/22/2024) |
| 03/19/2024 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Gina Rita Russell. (Not for Public View pursuant to the E-Government Act of 2002) (jb) (Entered: 03/22/2024) |
| 03/19/2024 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Gina Rita Russell. (jb) (Entered: 03/22/2024) |
| 03/19/2024 | 8 | ABSTRACT OF COURT PROCEEDING Issued by Magistrate Judge Jean P. Rosenbluth as to Gina Rita Russell. Recommended that the defendant be Allowed to make legal telephone call(s) at prisoner's own expense; as requested, at suitable times. Provided with a medical examination and/or medical treatment for anxiety and migraines. (jb) (Entered: 03/22/2024) |
| 03/19/2024 | 9 | ORDER OF DETENTION by Magistrate Judge Jean P. Rosenbluth as to Defendant Gina Rita Russell, (jb) (Entered: 03/22/2024) |
| 03/19/2024 | 10 | WAIVER OF RIGHTS approved by Magistrate Judge Jean P. Rosenbluth as to Defendant Gina Rita Russell. (jb) (Entered: 03/22/2024) |

| 03/19/2024 | 11 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Jean P. Rosenbluth that Defendant Gina Rita Russell be removed to the District of Columbia (jb) (Entered: 03/22/2024) |
|---|---|---|
| 03/22/2024 |  | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Defendant Gina Rita Russell. Your case number is: 18CR103-TSC. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 11 Warrant of Removal and Commitment to Another District. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (jb) (Entered: 03/22/2024) |