UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case Number: 18-cr-103 (TSC) |
| | : | |
| **GINA RUSSELL,** | : | Sentencing: May 17, 2024 |
| | : | |
| **Defendant.** | : | |
| | : | |

## MOTION TO CONTINUE SENTENCING AND FOR EXTENSION OF TIME TO FILE PRESENTENCE REPORT, OBJECTIONS AND SENTENCING MEMORANDA

Gina Russell, through undersigned counsel, respectfully moves this Court, to extend the time to continue the sentencing, and to submit the Presentence report ("PSR"), objections, and sentencing memoranda.

In support of this motion, counsel states the following:

1. Ms. Russell is scheduled for sentencing on May 17, 2024.

2. The draft PSR is due on April 10, 2024, with the parties sentencing memoranda due on May 10, 2024, and May 14, 2024.

3. Ms. Russell, who lives in California, was scheduled for a PSR interview on March 25, 2024, however she was rearrested on an outstanding warrant before the interview was conducted.

4. The U.S. Probation department cannot interview Ms. Russell prior to the PSR submission due date.

5. On April 11, 2024, the parties are scheduled for a pretrial hearing. Ms. Russell requests that the Court reschedule the sentencing deadlines at the time of the hearing.

Respectfully submitted,

_____
Brandi Harden
Counsel for Gina Russell
Bar No. 470706
Harden|Law, PLLC
400 7th Street Suite 604
Washington, DC 20004
b@hardenlawoffices.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2024, the Motion for Extension of Time to File Presentence Report, Objections, and Sentencing Memoranda was duly served upon by electronic means via the Court's ECF system.

_____
Brandi Harden