UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | 18-CR-103-1-TSC |
| **GINA RITA RUSSELL,** | : | |
| **Defendant.** | : | |
| | : | |

## GOVERNMENT'S NOTICE OF PROPOSED ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this notice of proposed detention order in response to the Court's request at the April 15, 2024 hearing.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar Number 481052

By:   /s/ Kondi J. Kleinman
        KONDI J. KLEINMAN
        Cal. Bar No. 241277
        Assistant United States Attorney
        Fraud, Public Corruption, and Civil Rights Section
        601 D Street, N.W. | Washington, D.C. 20530
        kondi.kleinman2@usdoj.gov | 202-252-6887