UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case Number: 18-cr-103 (TSC) |
| | : | |
| GINA RUSSELL, | : | Sentencing: July 18, 2024 |
| | : | |
| Defendant. | : | |
| | : | |

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE SENTENCING MEMORANDUM

Gina Russell, through undersigned counsel, respectfully moves this Court, to extend the time to file the her sentencing memorandum.

In support of this motion, counsel states the following:

1. Ms. Russell is scheduled for sentencing on July 18, 2024.

2. On July 11, 2024, the government filed its sentencing memorandum. Counsel also requested and received additional materials from the government related to the co-defendants in this matter.

3. On July 12, 2024, the U.S. Probation Department filed Ms. Nadel's 11-page victim impact statement.

4. Counsel has not had the opportunity to incorporate this additional information into Ms. Russell's sentencing memorandum.

5. Therefore, counsel respectfully requests to have an additional 48 hours to file Ms. Russell's sentencing memorandum on July 14, 2024.

6. The government consents to counsel's request.

Respectfully submitted,

_____
Brandi Harden
Counsel for Gina Russell
Bar No. 470706
Harden|Law, PLLC
400 7th Street Suite 604
Washington, DC 20004
b@hardenlawoffices.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2024, the Motion for Extension of Time to File Pre-Sentencing Memoranda was duly served upon by electronic means via the Court's ECF system.

_____
Brandi Harden