# EXHIBIT A

Judge Sullivan

My name is Abigail Kaslov. It is very hard for me that my grandparents are going to jail. I understand the circumstances. I would really like it if they didn't have to because they're the ones who takes care of me and who's there for me.

And I don't know what I would do if they was gone. And they're the ones here for me. I need them. They can't leave me right now.

Abigail Kaslov

To Judge Sullivan
My name is, Lauren Kalov, granddaughter to Archie Kaslov and Candy Evans. If they are not here it will make me feel alone that I'm not going to have family here, and afraid and that I would like for them to stay. I would like for them to be with me and for them and my father to get less sentencing. And for them not to go in. For them to stay and for them to teach me how to grow up and how to live and that I need them cause they are my only parents and I need them to stay.

Lauren Kalov

# EXHIBIT B

**EXHIBIT ONE**

- I, HOLLIE NADEL, AM WRITING
- OUT THIS ~~OUT~~ HANDWRITTEN
- CONFESSION. "I MET DAN ZANCAN
- THROUGH BACKPAGE, AND HE'S BEEN ~~BECOME~~
- MY SUGAR DADDY FROM DEC 2015 -
- TILL APRIL 6, 2017. I HAVE
- PLAYED AN ACT IN HIS EMBEZZLEMENT
- ~~HE~~ WITH R+R MECHANICAL.
- AFTER REALIZING MATHE WAS
- OBSESSED W/ ME AND MAKING
- LARGE DEPOSITS IN MY BANK
- ACCOUNT. ME AND MY PSYCHIC,
- GINA RUSSELL, CAME UP WITH AN
- ELABORATE SCHEME THAT I OWED

GINA RUSSELL  Hollie Nadel 4/7/17

1B54-SCANNED DOCS-000026

State of _____
Subscribed and sw[orn to (or affirm]ed) before me on this
_____ day of _____ , 20 ___ by _____
_____ [pro]ved [to me on] the bas[is]
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature _____

RONELL S. KIRKLEY
Notary Public, State of New York
Qualified in Kings County
No. 01KI6301320
My Commission Expires 04/14/2018

State of _NY_ County of _New York_
Subscribed and sworn to (or affirmed) before me on this
_5th_ day of _May_ , 20_17_ by
Finc Ritz, Lowell + Polk Model proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature _____

- MOBSTERS A HALF A MILLION DOLLARS
- ~~THESE~~ DAN IN LATE JANUARY DID
- WIRES TO MY ACCOUNT FROM HIS
- COMPANY. WITHOUT THE KNOWLEDGE
- OF THE FINANCIAL INSTITUTION, OR
  CORRY BLUE EVANS,
- → PLS REFUSED TO CASH THE
- CHECK. AND MY PSYCHIC'S BROTHER
- IN LAW, CORRY BLUE EVANS, WITHOUT
- KNOWLEDGE THAT THESE CHECKS
- WERE EMBEZZLED, ORGINALLY
- INTRODUCED ME TO PLS. PLS
- BECAME SUSPICIOUS OF THESE
- CHECKS BUT DAN PROVIDED ADDITIONAL
- FORGED DOCUMENTATION AND THEN
- GINAROS[?] Willie Nadel 4/7/17

1B54-SCANNED DOCS-000028

State of NY County of New York
Subscribed and sworn to (or affirmed) before me on this
5th day of April, 20 17 by
Eric Russell + Rolle Nuke proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature _____

RONELL S. KIRKLEY
Notary Public, State of New York
Qualified in Kings County
No. 01KI6301320
My Commission Expires 04/14/2018

- THEY DECIDED TO CASH THESE CHECKS.
- I AM OVERWHELMED W/ GUILT.
- I AM GUILTY OF EMBEZZLEMENT
- ALONG WITH DAN ZANGAN AND
- PLS AND CORRY BLUE EVANS HAD
- NO AWARENESS OF THIS. CORRY
- WAS GIVEN 500 DOLLARS ALONG
- WITH HIS TWO BROTHERS COBERT
- & JOHN TO ACCOMPANY ME AND
- BE MY SECURITY. SOON AFTER,
- I BECAME AWARE THAT DAN EMBEZZLED
- ~~FROM~~ MY OTHER TWO MAIN CLIENTS TO PAY OFF WILLIAM O'ROURKE JAMES PADILLA
- NOT HAVE SEXUAL RELATIONS WITH ME.
- I FALSIFIED A MARRIAGE TO
- G W RUSSELL   Hollie Gladd 4/7/17

1B54-SCANNED DOCS-000030

State of NY County of New York
Subscribed and sworn to (or affirmed) before me on this
8th day of May , 20 17 by
Rita Kurel + Phile Acel proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature

Sinc

RONELL S. KIRKLEY
Notary Public, State of New York
Qualified in Kings County
No. 01KI6301320
My Commission Expires 04/14/2018

RONELL S. KIRKLEY
Notary Public, State of New York
Qu...
N...
My Commission... :8

- PROTECT MY PYSCHIC THAT 7 GAVE 500,000 TO.
- DAN CONTINUED TO EMBEZZLE
- ~~DAN~~ APPEARED TO BE ~~PYSEMATOTE~~ PYSCHAOTIC
- AND A DANGER TO HIMSELF AND
- TO ME, SO THAT IS WHY I FELT IT
- NECESSARY TO TURN HIM OVER TO
- THE AUTHORIES.
- I AM NOT BEING COERCIONED,
- I WILL HAVE THIS NOTARIZED AND
- VIDEOED.

Hollis Nadel 4/7/17

G/M Russell

1B54-SCANNED DOCS-000032

State of _____ County of _____
_____ribed and sworn to (or affirmed) before me on this
_____, 20_____ by
_____ to me on the basis
_____ who _____ before me.
Notary signature_____

State of NY County of New York
Subscribed and sworn to (or affirmed) before me on this
8th day of April, 20 17 by
Gina Ritz Russell + Hallie Nadel proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature _____

RONELL S. KIRKLEY
Notary Public, State of New York
Qualified in Kings County
No. 01KI6301320
My Commission Expires 04/14/2018