UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 18-CR-103-01-EGS** |
| | : | |
| v. | : | |
| | : | |
| **GINA RITA RUSSELL,** | : | |
| | : | |
| **Defendant.** | : | |

**CONSENT MOTION FOR ENTRY OF**
**AMENDED PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, with the consent of Defendant Gina Rita Russell respectfully moves the Court to enter the proposed amended preliminary order of forfeiture.

On July 30, 2019, Judge Emmet G. Sullivan signed a consent order of forfeiture that the parties tendered as part of the defendant's plea agreement. That order listed various items that the defendant agreed to forfeit but did not include relevant FBI Evidence 1B Numbers and/or FBI Evidence Line Item numbers, which more specifically describe certain items, specifically jewelry. The proposed amended preliminary order of forfeiture contains the more specific identifying information for items seized from co-defendant Tony John Evans' safe deposit box and Archie Kaslov and Candy Evans' residence. Because Mr. Kaslov, Ms. Evans, and a third-party petitioner – Alexander Livingston – are challenging the ancillary forfeiture of certain items in this case, the proposed amended preliminary order of forfeiture will ensure that there is an accurate record of what the government seeks to forfeit, what is being challenged, and what is not contested for purposes of an ancillary hearing pursuant to Rule 32.2(c) of the Federal Rules of Criminal Procedure.

In addition, Ms. Russell's original consent order of forfeiture noted that she was being held liable for a forfeiture money judgment, but no dollar amount was specified. The proposed amended preliminary order of forfeiture specifies that a $4,217,542.86 forfeiture money judgment should be entered against Ms. Russell.

The proposed order also notes when the United States already has perfected title in certain items. *See* Proposed Order at 2 n.1, 4 n.3. The proposed order also notes that one piece of jewelry, which the government

originally sought to forfeit, was returned after the item was deemed to be inauthentic. *See* Proposed Order at 2 n.2.

Accordingly, the government, with the consent of Defendant Gina Rita Russell, respectfully requests that the Court enter the amended preliminary order of forfeiture and include it as part of Ms. Russell's judgment.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: *[signature]*

Kondi J. Kleinman
California Bar No. 241277
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
(202) 252-6887 | kondi.kleinman2@usdoj.gov