**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL CASE NO. 18-103-01-TSC** |
| | : | |
| v. | : | |
| | : | |
| **GINA RITA RUSSELL,** | : | |
| | : | |
| Defendant. | : | |

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

**WHEREAS**, a written plea agreement was filed with this Court and signed by defendant GINA RITA RUSSELL ("RUSSELL"), and her counsel, Brandi Harden, Esquire, in which the defendant agreed to plead guilty to Count Two of the Indictment charging the offense of Interference with Interstate Commerce by Extortion, and Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 1951(a) and 2 and defendant has pled guilty to that offense;

**WHEREAS**, the Indictment alleged the forfeiture of property, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), and Title 28, United States Code, Section 2461(c);

**WHEREAS**, the Indictment also alleged that the United States would seek a forfeiture money judgment against the defendant and in favor of the United States equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count Two, which property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States code, Section 2461(c);

**WHEREAS**, in her plea agreement, the defendant agreed to the forfeiture of the above property, the entry of a forfeiture money judgment, and the forfeiture of the following specific property:

(i) eleven pairs of designer shoes;

(ii) two Louis Vuitton bags and one belt;

(iii) one Chanel bag, black in color with a gold strap;

(iv) two Louis Vuitton makeup kits;

(v) two Louis Vuitton luggage roller bags;

(vi) seven Louis Vuitton luggage bags and handbags;

(vii) one yellow Tiffany heart necklace and pair of earrings; one Black stone in manila envelope marked $3,000, 9.52 carat;

(viii) five Visa gift cards;

(ix) one AT&T SIM Card, S/N #89014103270157875022;

(x) one Apple iPad, Model A1489, FCC ID BCGA1489;

(xi) one LG Model LS755 cellular phone, MEID: 089806183103232357;

(xii) one LG Verizon cell phone, Model VS4ZSLPP;

(xiii) one LG Verizon flip cellular phone;

(xiv) one Apple iPhone, Model A1549, IMEI: 355790071860685;

(xv) one Hik Vision Video Recorder, S/N #594391710;

(xvi) one Samsung Galaxy J1 Verizon 4G cellular phone;

(xvii) one Apple iPhone S Model A1687, BCGE2944AIC579CE2944A;

(xviii) $20,000 in cash seized on or about October 25, 2017 from the residence of Tony John Evans, located at 517 Third Avenue, New York, New York;[1]

(xix) a ring with a clear stone seized on or about October 25, 2017 from the residence of Tony John Evans, located at 517 Third Avenue, New York, New York;[2]

---

[1] The United States already has perfected title to this property, pursuant to the partial final order of forfeiture issued on Feb. 9, 2024. ECF No. 490.

[2] The United States has represented that it returned this ring after the item was determined to be inauthentic.

(xx) the contents of a safe deposit box seized on or about October 25, 2017 from Santander Bank, located at 250 Lexington Avenue, New York, New York, including: (1) 25 yellow-yellow-colored coins; (2) a one-kilogram yellow-colored bar; (3) one diamond-like ring in a Cartier box; (4) two diamond-like bracelets in a Tiffany box; (5) three diamond-like bracelets in a Tiffany box; (6) four Patek Philippe watches; (7) two diamond-like necklaces; (8) two Audemars Piguet watches (one silver color and one gold color); (9) eight Rolex watches (three yellow-colored, two metal-colored, two rose-yellow -colored, one mix yellow/metal colored); (10) one broken Rolex watch (metal colored); (11) three Corum watches; (12) three Cartier watches; (13) one Rolls Royce watch; (14) four diamond-like rings in a Tiffany bag (three yellow-colored, one metal-colored); (15) two diamond-like earrings in a Tiffany bag; (16) two diamond-like earrings in a Tiffany bag; (17) one yellow-colored earring and one yellow-colored ring in brown box; (18) one diamond-like pin; (19) one yellow-colored coin necklace; (20) one long diamond-like necklace; (21) one yellow-colored Movado watch; and (22) one yellow-colored long necklace; and

(xxi) items seized on or about October 25, 2017 from 161 East 33rd Street, New York, New York (the residence of Archie Kaslov and Candy Evans), including: (1) necklaces, bracelets, rings, cufflinks, pendants, earrings, and other assorted jewelry; (2) cellphones, a memory card, and an iPad; (3) purses, belts, duffel bags, wallets, ties, and assorted designer clothing (4) Louis Vuitton suitcases, bags, and shoes; (5) watches, including 3 Rolex watches; (6) 35 rounds of .357 ammunition; and (7) one Smith & Wesson .357-caliber 686 Combat Magnum revolver, serial no. CAL8915.

**WHEREAS**, an initial preliminary order of forfeiture (styled "Consent Order of Forfeiture") listing the above property was entered against the defendant on July 30, 2019.

**WHEREAS**, the property identified in section (vii) above is specifically described as follows:

| Evidence Description | FBI Evidence 1B No. | FBI Evidence Line Item |
|---|---|---|
| Black Stone in manila envelope | 1B29 | |
| Gold colored heart shaped Tiffany pair of earrings | 1B30 | 1 |
| Gold colored chain necklace with gold colored Tiffany heart pendant | 1B30 | 2 |

*WHEREAS*, the property identified in section (xx) above is specifically described as follows:[3]

| Evidence Description | FBI Evidence 1B No. | FBI Evidence Line Item |
|---|---|---|
| Royal Oak Offshore AP watch, F09905, N4234, silver, with clear stones band and face | 1B46 | 1 |
| Rolex watch, gold color multicolor stones around face, band stamped with 78498 | 1B46 | 2 |
| Rolex watch, gold color, Yacht-Master II stamped around face in gold and blue colors | 1B46 | 3 |
| Royal Oak Offshore AP watch, N4415, rose gold color with see through backing | 1B46 | 4 |
| Rolex Sky-dweller watch, rose gold color band with brown face | 1B46 | 5 |
| Rolex Yacht-Master, gold color with white face | 1B46 | 6 |
| Rolex watch, rose gold color band with brown face | 1B46 | 7 |
| Rolex watch, silver band detached from top of face, silver color face with clear stones, clear stones surrounding face | 1B46 | 8 |
| *Cartier watch, with brown leather like band, white color face with square pattern over the face, 65243CD* | *1B46* | *9\** |
| *Cartier watch, with dark brown leather like band, white color face, 204988CD* | *1B46* | *10\** |
| Rolex watch, with gold and silver color band, black color face, 78393 stamped on band | 1B46 | 11 |
| Patek Philippe watch, with dark brown leather like band, gold color face, 5630867240 stamped on back of face | 1B46 | 12 |
| *Cartier watch, with black color band, gold color face, 90128 and 388001 stamped on back of face* | *1B46* | *13\** |
| *United States of America Ten D stamped on face of watch with eagle, Corum, gold color face, black leather like band, 1879 stamped on back of face* | *1B46* | *14\** |
| *United States of America Five D stamped on face of watch with eagle, Corum, 1898 stamped on back of face, dark brown band* | *1B46* | *15\** |
| *Corum SUBSG watch, brown band, 9999 stamped on gold color face, 14400328599 stamped on back of face* | *1B46* | *16\** |
| *Corum, black leather like band, gold face with clear stones surrounding face, partial number visible 47595 on back of face* | *1B46* | *17\** |
| Patek Philippe watch, with black band, white color face with gold color face frame | 1B46 | 18 |

---

[3] The United States already has perfected title to the items in italics and marked with an asterisk pursuant to the partial final order of forfeiture issued on Feb. 9, 2024. ECF No. 490.

| Evidence Description | FBI Evidence 1B No. | FBI Evidence Line Item |
|---|---|---|
| Rolex watch, gold color band, blue face with clear stones surrounding face | 1B46 | 19 |
| Movado watch, gold color band, 2728766 stamped on back of face, white color face | 1B46 | 20 |
| Patek Philippe watch, gold color band, white face with black roman numerals, Geneve 750 stamped on clasp | 1B46 | 21 |
| Patek Philippe watch, gold color band and face, Geneve 750 stamped on clasp | 1B46 | 22 |
| Diamond like clear stone necklace, 29950 stamped on clasp | 1B46 | 23 |
| Diamond like clear stone necklace, 18k stamped on clasp | 1B46 | 24 |
| *Diamond like clear stone long necklace* | *1B46* | *25\** |
| Gold color long chain necklace, JT stamped on clasp | 1B46 | 26 |
| *Gold color coin necklace with South Africa stamped on coin, RR 14k stamped on clasp* | *1B46* | *27\** |
| Diamond like clear stone ring with silver color band in red Cartier box | 1B46 | 28 |
| Gold color ring with diamond like clear stone | 1B46 | 29A |
| Gold color earring with diamond like clear stone in brown box | 1B46 | 29B |
| Two (2) diamond like clear stone earrings in blue Tiffany bag | 1B46 | 30 |
| *Gold color ring with clear stones, 4k stamped on inside of band* | *1B46* | *31\** |
| *Gold color ring with clear stones, 14kt stamped on inside of band* | *1B46* | *32\** |
| *Gold color ring with three (3) columns of clear stones, 14k stamped on inside of band* | *1B46* | *33\** |
| Silver color ring with five (5) rows of clear stones, D368 stamped on inside of band | 1B46 | 34 |
| Gold color bracelet with seven (7) clear stones, 14k stamped on inside | 1B46 | 35 |
| Diamond like clear stone bracelet, silver color in blue Tiffany box, 18k stamped on clasp | 1B46 | 36 |
| Diamond like clear stone bracelet, silver color with two missing stones, blue Tiffany box | 1B46 | 37 |
| Diamond like clear stone bracelet in blue Tiffany box | 1B46 | 38 |
| Diamond like clear stone bracelet, silver color with four (4) blue color stones, blue Tiffany box | 1B46 | 39 |
| *Two (2) long diamond like clear stone and silver earrings* | *1B46* | *40\** |
| Diamond like clear stone pin, silver color | 1B46 | 41 |
| *One (1) yellow colored gold bar (1 kilo)* | *1B47\** | |
| *Twenty-Five (25) yellow colored gold coins* | *1B49\** | |
| Rolex Watch - metal colored | 1B118 | |

**WHEREAS**, the property identified in section (xxi)(1) and (5) above is specifically described as follows:[4]

| Evidence Description | FBI Evidence 1B No. | FBI Evidence Line Item |
|---|---|---|
| Gold colored chain | 1B56 | 1 |
| One pair gold colored chain earrings | 1B56 | 2 |
| One pair silver colored hoop earrings with round clear stones | 1B56 | 3 |
| One silver colored ring with clear stones | 1B56 | 4 |
| One silver and gold colored ring with two clear stones and one red stone | 1B56 | 5 |
| Silver colored ring with clear stones | 1B56 | 6 |
| Rolex Oyster Perpetual Datejust with black colored face, gold colored bezel and silver and gold colored band | 1B56 | 7 |
| Rolex Oyster Perpetual Daydate with silver colored face and gold colored bezel.  Bezel is lined with clear stones and band is gold and silver colored | 1B56 | 8 |
| Rolex Oyster Perpetual Day-Date with silver colored face and band and silver colored bezel with round clear stones | 1B56 | 9 |
| Piaget watch with silver colored face and clear stones and black leather band | 1B57 | 1 |
| Silver colored ring with three clear, circular stones embedded in ring | 1B57 | 2 |
| Silver colored bracelet with clear square stones | 1B57 | 3 |
| Silver colored necklace with round clear stones | 1B57 | 4 |
| Patek Philippe watch with white face and gold bezel with black leather band | 1B57 | 5 |
| Silver colored ring with three clear stones embedded in ring and additional clear stones lining outside of ring | 1B57 | 6 |
| Gold colored ring with small clear stones | 1B57 | 7 |
| Silver colored ring with rectangular clear stone | 1B57 | 8 |
| Audemars Piquet Royal Oak Offshore watch silver in color with small clear stones embedded in face, bezel, and band | 1B57 | 9 |
| Rolex Oyster Perpetual Date Submariner with black face and bezel with gold trim around bezel and silver and gold colored band | 1B57 | 10 |
| Two silver colored hinged hoop earrings with small clear stones | 1B59 | |
| Silver colored Tiffany heart charm bracelet | 1B61 | 1 |

---

[4] As part of their plea agreements, Archie Kaslov and Candy Evans have reserved their right to challenge the forfeiture of various items, including certain items seized from their residence. This order shall not be construed to prohibit them from exercising rights consistent with their plea agreements in the ancillary hearing.

6

| Evidence Description | FBI Evidence 1B No. | FBI Evidence Line Item |
|---|---|---|
| Silver colored ring with one large round clear stone and two smaller rectangular clear stones | 1B61 | 2 |
| One silver colored hoop earring | 1B61 | 3 |
| Silver colored mitten charm with clear stones | 1B61 | 4 |
| Silver colored star charm with clear stones | 1B61 | 5 |
| One pair of gold colored hoop earrings | 1B61 | 6 |
| Gold colored chain bracelet | 1B61 | 7 |
| Silver colored Tiffany heart charm necklace | 1B61 | 8 |
| Gold and silver colored cufflink | 1B61 | 9 |
| One gold colored hoop earring with small silver colored circles | 1B61 | 10 |
| One broken green colored stone charm | 1B61 | 11 |
| One broken purple colored stone charm | 1B61 | 12 |
| Silver colored ring with five bands in red box | 1B72 | 1 |
| Silver necklace with clear round stones | 1B72 | 2 |
| Silver bracelet with clear round stones | 1B72 | 3 |
| Rolls Royce grille pendant | 1B72 | 4 |
| Silver colored ring with clear stones in almond shape | 1B72 | 5 |
| Silver colored ring with clear stones surrounding one large clear stone | 1B72 | 6 |
| Cartier watch with gold colored bezel, white face with three circular gold colored dials, silver and gold colored band in red colored box | 1B75 | 1 |
| Black box containing gold colored Cartier bracelet with small clear stones and gold colored pendant | 1B75 | 2 |
| Rolex Yachtmaster watch with white face and gold bezel and gold colored chain | 1B75 | 3 |
| Gold colored pendant bracelet | 1B75 | 4 |
| Gold colored chain with key pendant | 1B75 | 5 |
| Silver colored Rolex Oyster Perpetual Datejust watch with white face, silver colored band and clear stones in bezel | 1B75 | 6 |
| Silver colored Tiffany charm bracelet | 1B75 | 7 |
| Silver colored chain | 1B75 | 8 |
| Silver colored Tiffany charm bracelet | 1B75 | 9 |
| Silver colored bracelet with multiple charms | 1B75 | 10 |
| Gold colored Rolex Yachtmaster with blue face and gold bezel and band | 1B75 | 11 |
| White Tiffany watch with red leather band | 1B75 | 12 |
| Bracelet with white watch style band and gold Liberty charm | 1B75 | 13 |
| Silver colored chain | 1B75 | 14 |
| Red bracelet with two rose gold colored skull charms | 1B75 | 15 |
| Gold colored overlapping bracelet with two panther heads containing multiple small stones | 1B75 | 16 |
| Black and silver Louis Vuitton bracelet | 1B75 | 17 |

| Evidence Description | FBI Evidence 1B No. | FBI Evidence Line Item |
|---|---|---|
| Baume and Mercier Riviera watch with white face and gold colored bezel, gold colored roman numerals and silver and gold colored band | 1B75 | 18 |
| Eye charm with multi-colored stones | 1B75 | 19 |
| Gold colored hoop earrings | 1B75 | 20 |
| Silver and blue colored cuff link | 1B75 | 21 |
| Gold colored chain | 1B75 | 22 |
| Silver colored bracelet with heart pendant | 1B75 | 23 |
| Silver colored bracelet with Tiffany heart pendant | 1B75 | 24 |
| Silver colored chain with pendant with four clear stones | 1B75 | 25 |
| Gold colored chain | 1B75 | 26 |
| Silver colored Italian horn pendant | 1B75 | 27 |
| Silver colored chain with silver colored Tiffany heart pendant | 1B75 | 28 |
| Red box containing necklace, bracelet, and two earrings - all silver with large blue stones and small clear stones | 1B76 | 1 |
| Pair of gold colored jewelry with blue colored stones | 1B76 | 2 |
| Pair of gold colored jewelry with clear stones around a green colored stone | 1B76 | 3 |
| Two gold colored racehorse cuff links | 1B76 | 4 |
| Pair of gold colored jewelry with clear stones surrounding blue stone | 1B76 | 5 |
| Pair of silver colored earrings with three links | 1B76 | 6 |
| Pair of gold colored earrings each with one clear stone | 1B76 | 7 |
| Pair of gold and silver colored earrings | 1B76 | 8 |
| Pair of gold and green colored hoop earrings | 1B76 | 9 |
| Pair of gold colored hoop earrings | 1B76 | 10 |
| Silver colored chain style necklace | 1B76 | 11 |
| Gold colored necklace with heart shaped red and silver pendant | 1B76 | 12 |
| Gold colored chain with gold and silver colored heart shaped pendant | 1B76 | 13 |
| Gold colored necklace with pendant with clear stones and green colored rectangular stone | 1B76 | 14 |
| Gold colored chain | 1B76 | 15 |
| Dark colored stone | 1B76 | 16 |
| Gold colored heart shaped pendant | 1B76 | 17 |
| Gold colored ring with clear stones around a green colored stone | 1B76 | 18 |
| Gold colored pendant with symbols | 1B76 | 19 |
| Gold colored bracelet with pendants | 1B76 | 20 |
| One piece of gold colored jewelry with clear stones around blue colored stone | 1B76 | 21 |
| Red cord attached to two gold colored and one silver-colored hoops | 1B76 | 22 |
| One silver colored square earring with small clear stones | 1B76 | 23 |
| Four gold colored hoop earrings and one gold colored watch chain link | 1B76 | 24 |

8

| Evidence Description | FBI Evidence 1B No. | FBI Evidence Line Item |
|---|---|---|
| One small screwdriver, one gold colored key, one gold colored watch link, one gold and colored watch link, one gold colored stud earring with three clear stones, one gold colored hoop earring with clear stones | 1B76 | 25 |

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that: (1) any property, real or personal, which constitutes, or is derived from proceeds traceable to the commission of the offense alleged in Count Two is subject to forfeiture; (2) that the above-listed specific property is subject to forfeiture, and the government has established the requisite nexus between the property and the offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c);

**WHEREAS**, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that entry of a forfeiture money judgment against the defendant and in favor of the United States in the amount of $4,217,542.86 is appropriate insofar as this property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c);

**WHEREAS,** the United States has agreed to credit the net proceeds it realizes from the forfeiture of any specific property identified above to this money judgment upon its final forfeiture to the United States;

**WHEREAS**, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

**WHEREAS**, the defendant has admitted that the proceeds she personally obtained, other than the specific property set forth above, have been dissipated by her and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

**WHEREAS**, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c) – any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count Two of the Indictment.  In addition, the following specific property is declared forfeited to the United States:

    (a) eleven pairs of designer shoes;

    (b) two Louis Vuitton bags and one belt;

    (c) one Chanel bag, black in color with a gold strap;

    (d) two Louis Vuitton makeup kits;

    (e) two Louis Vuitton luggage roller bags;

    (f) seven Louis Vuitton luggage bags and handbags;

    (g) five Visa gift cards;

    (h) one AT&T SIM Card, S/N #89014103270157875022;

    (i) one Apple iPad, Model A1489, FCC ID BCGA1489;

    (j) one LG Model LS755 cellular phone, MEID: 089806183103232357;

(k)   one LG Verizon cell phone, Model VS4ZSLPP;

(l)   one LG Verizon flip cellular phone;

(m)   one Apple iPhone, Model A1549, IMEI: 355790071860685;

(n)   one Hik Vision Video Recorder, S/N #594391710;

(o)   one Samsung Galaxy J1 Verizon 4G cellular phone;

(p)   one Apple iPhone S Model A1687, BCGE2944AIC579CE2944A;

(q)

| Evidence Description | FBI Evidence 1B No. | FBI Evidence Line Item |
|---|---|---|
| Black Stone in manila envelope | 1B29 | |
| Gold colored heart shaped Tiffany pair of earrings | 1B30 | 1 |
| Gold colored chain necklace with gold colored Tiffany heart pendant | 1B30 | 2 |

(r)   the contents of a safe deposit box seized on or about October 25, 2017, from Santander Bank, located at 250 Lexington Avenue, New York, New York:

| Evidence Description | FBI Evidence 1B No. | FBI Evidence Line Item |
|---|---|---|
| Royal Oak Offshore AP watch, F09905, N4234, silver, with clear stones band and face | 1B46 | 1 |
| Rolex watch, gold color multicolor stones around face, band stamped with 78498 | 1B46 | 2 |
| Rolex watch, gold color, Yacht-Master II stamped around face in gold and blue colors | 1B46 | 3 |
| Royal Oak Offshore AP watch, N4415, rose gold color with see through backing | 1B46 | 4 |
| Rolex Sky-dweller watch, rose gold color band with brown face | 1B46 | 5 |
| Rolex Yacht-Master, gold color with white face | 1B46 | 6 |
| Rolex watch, rose gold color band with brown face | 1B46 | 7 |
| Rolex watch, silver band detached from top of face, silver color face with clear stones, clear stones surrounding face | 1B46 | 8 |
| Rolex watch, with gold and silver color band, black color face, 78393 stamped on band | 1B46 | 11 |
| Patek Philippe watch, with dark brown leather like band, gold color face, 5630867240 stamped on back of face | 1B46 | 12 |
| Patek Philippe watch, with black band, white color face with gold color face frame | 1B46 | 18 |

11

| Evidence Description | FBI Evidence 1B No. | FBI Evidence Line Item |
|---|---|---|
| Rolex watch, gold color band, blue face with clear stones surrounding face | 1B46 | 19 |
| Movado watch, gold color band, 2728766 stamped on back of face, white color face | 1B46 | 20 |
| Patek Philippe watch, gold color band, white face with black roman numerals, Geneve 750 stamped on clasp | 1B46 | 21 |
| Patek Philippe watch, gold color band and face, Geneve 750 stamped on clasp | 1B46 | 22 |
| Diamond like clear stone necklace, 29950 stamped on clasp | 1B46 | 23 |
| Diamond like clear stone necklace, 18k stamped on clasp | 1B46 | 24 |
| Gold color long chain necklace, JT stamped on clasp | 1B46 | 26 |
| Diamond like clear stone ring with silver color band in red Cartier box | 1B46 | 28 |
| Gold color ring with diamond like clear stone | 1B46 | 29A |
| Gold color earring with diamond like clear stone in brown box | 1B46 | 29B |
| Two (2) diamond like clear stone earrings in blue Tiffany bag | 1B46 | 30 |
| Silver color ring with five (5) rows of clear stones, D368 stamped on inside of band | 1B46 | 34 |
| Gold color bracelet with seven (7) clear stones, 14k stamped on inside | 1B46 | 35 |
| Diamond like clear stone bracelet, silver color in blue Tiffany box, 18k stamped on clasp | 1B46 | 36 |
| Diamond like clear stone bracelet, silver color with two missing stones, blue Tiffany box | 1B46 | 37 |
| Diamond like clear stone bracelet in blue Tiffany box | 1B46 | 38 |
| Diamond like clear stone bracelet, silver color with four (4) blue color stones, blue Tiffany box | 1B46 | 39 |
| Diamond like clear stone pin, silver color | 1B46 | 41 |
| Rolex Watch - metal colored | 1B118 | |

(s) the following items seized on or about October 25, 2017, from 161 East 33rd Street, New York, New York: (1) cellphones, a memory card, and an iPad; (2) purses, belts, duffel bags, wallets, ties, and assorted designer clothing (3) Louis Vuitton suitcases, bags, and shoes; (4) 35 rounds of .357 ammunition; (5) one Smith & Wesson .357-caliber 686 Combat Magnum revolver, serial no. CAL8915; and the following specific items:

| Evidence Description | FBI Evidence 1B No. | FBI Evidence Line Item |
|---|---|---|
| Gold colored chain | 1B56 | 1 |
| One pair gold colored chain earrings | 1B56 | 2 |
| One pair silver colored hoop earrings with round clear stones | 1B56 | 3 |
| One silver colored ring with clear stones | 1B56 | 4 |

12

| Evidence Description | FBI Evidence 1B No. | FBI Evidence Line Item |
|---|---|---|
| One silver and gold colored ring with two clear stones and one red stone | 1B56 | 5 |
| Silver colored ring with clear stones | 1B56 | 6 |
| Rolex Oyster Perpetual Datejust with black colored face, gold colored bezel and silver and gold colored band | 1B56 | 7 |
| Rolex Oyster Perpetual Daydate with silver colored face and gold colored bezel. Bezel is lined with clear stones and band is gold and silver colored | 1B56 | 8 |
| Rolex Oyster Perpetual Day-Date with silver colored face and band and silver colored bezel with round clear stones | 1B56 | 9 |
| Piaget watch with silver colored face and clear stones and black leather band | 1B57 | 1 |
| Silver colored ring with three clear, circular stones embedded in ring | 1B57 | 2 |
| Silver colored bracelet with clear square stones | 1B57 | 3 |
| Silver colored necklace with round clear stones | 1B57 | 4 |
| Patek Philippe watch with white face and gold bezel with black leather band | 1B57 | 5 |
| Silver colored ring with three clear stones embedded in ring and additional clear stones lining outside of ring | 1B57 | 6 |
| Gold colored ring with small clear stones | 1B57 | 7 |
| Silver colored ring with rectangular clear stone | 1B57 | 8 |
| Audemars Piquet Royal Oak Offshore watch silver in color with small clear stones embedded in face, bezel, and band | 1B57 | 9 |
| Rolex Oyster Perpetual Date Submariner with black face and bezel with gold trim around bezel and silver and gold colored band | 1B57 | 10 |
| Two silver colored hinged hoop earrings with small clear stones | 1B59 | |
| Silver colored Tiffany heart charm bracelet | 1B61 | 1 |
| Silver colored ring with one large round clear stone and two smaller rectangular clear stones | 1B61 | 2 |
| One silver colored hoop earring | 1B61 | 3 |
| Silver colored mitten charm with clear stones | 1B61 | 4 |
| Silver colored star charm with clear stones | 1B61 | 5 |
| One pair of gold colored hoop earrings | 1B61 | 6 |
| Gold colored chain bracelet | 1B61 | 7 |
| Silver colored Tiffany heart charm necklace | 1B61 | 8 |
| Gold and silver colored cufflink | 1B61 | 9 |
| One gold colored hoop earring with small silver- colored circles | 1B61 | 10 |
| One broken green colored stone charm | 1B61 | 11 |
| One broken purple colored stone charm | 1B61 | 12 |

13

| Evidence Description | FBI Evidence 1B No. | FBI Evidence Line Item |
|---|---|---|
| Silver colored ring with five bands in red box | 1B72 | 1 |
| Silver necklace with clear round stones | 1B72 | 2 |
| Silver bracelet with clear round stones | 1B72 | 3 |
| Rolls Royce grille pendant | 1B72 | 4 |
| Silver colored ring with clear stones in almond shape | 1B72 | 5 |
| Silver colored ring with clear stones surrounding one large clear stone | 1B72 | 6 |
| Cartier watch with gold colored bezel, white face with three circular gold colored dials, silver and gold colored band in red colored box | 1B75 | 1 |
| Black box containing gold colored Cartier bracelet with small clear stones and gold colored pendant | 1B75 | 2 |
| Rolex Yachtmaster watch with white face and gold bezel and gold colored chain | 1B75 | 3 |
| Gold colored pendant bracelet | 1B75 | 4 |
| Gold colored chain with key pendant | 1B75 | 5 |
| Silver colored Rolex Oyster Perpetual Datejust watch with white face, silver colored band and clear stones in bezel | 1B75 | 6 |
| Silver colored Tiffany charm bracelet | 1B75 | 7 |
| Silver colored chain | 1B75 | 8 |
| Silver colored Tiffany charm bracelet | 1B75 | 9 |
| Silver colored bracelet with multiple charms | 1B75 | 10 |
| Gold colored Rolex Yachtmaster with blue face and gold bezel and band | 1B75 | 11 |
| White Tiffany watch with red leather band | 1B75 | 12 |
| Bracelet with white watch style band and gold Liberty charm | 1B75 | 13 |
| Silver colored chain | 1B75 | 14 |
| Red bracelet with two rose gold colored skull charms | 1B75 | 15 |
| Gold colored overlapping bracelet with two panther heads containing multiple small stones | 1B75 | 16 |
| Black and silver Louis Vuitton bracelet | 1B75 | 17 |
| Baume and Mercier Riviera watch with white face and gold colored bezel, gold colored roman numerals and silver and gold colored band | 1B75 | 18 |
| Eye charm with multi-colored stones | 1B75 | 19 |
| Gold colored hoop earrings | 1B75 | 20 |
| Silver and blue colored cuff link | 1B75 | 21 |
| Gold colored chain | 1B75 | 22 |
| Silver colored bracelet with heart pendant | 1B75 | 23 |
| Silver colored bracelet with Tiffany heart pendant | 1B75 | 24 |
| Silver colored chain with pendant with four clear stones | 1B75 | 25 |
| Gold colored chain | 1B75 | 26 |
| Silver colored Italian horn pendant | 1B75 | 27 |
| Silver colored chain with silver colored Tiffany heart pendant | 1B75 | 28 |

| Evidence Description | FBI Evidence 1B No. | FBI Evidence Line Item |
|---|---|---|
| Red box containing necklace, bracelet, and two earrings - all silver with large blue stones and small clear stones | 1B76 | 1 |
| Pair of gold colored jewelry with blue colored stones | 1B76 | 2 |
| Pair of gold colored jewelry with clear stones around a green colored stone | 1B76 | 3 |
| Two gold colored racehorse cuff links | 1B76 | 4 |
| Pair of gold colored jewelry with clear stones surrounding blue stone | 1B76 | 5 |
| Pair of silver colored earrings with three links | 1B76 | 6 |
| Pair of gold colored earrings each with one clear stone | 1B76 | 7 |
| Pair of gold and silver colored earrings | 1B76 | 8 |
| Pair of gold and green colored hoop earrings | 1B76 | 9 |
| Pair of gold colored hoop earrings | 1B76 | 10 |
| Silver colored chain style necklace | 1B76 | 11 |
| Gold colored necklace with heart shaped red and silver pendant | 1B76 | 12 |
| Gold colored chain with gold and silver colored heart shaped pendant | 1B76 | 13 |
| Gold colored necklace with pendant with clear stones and green colored rectangular stone | 1B76 | 14 |
| Gold colored chain | 1B76 | 15 |
| Dark colored stone | 1B76 | 16 |
| Gold colored heart shaped pendant | 1B76 | 17 |
| Gold colored ring with clear stones around a green colored stone | 1B76 | 18 |
| Gold colored pendant with symbols | 1B76 | 19 |
| Gold colored bracelet with pendants | 1B76 | 20 |
| One piece of gold colored jewelry with clear stones around blue colored stone | 1B76 | 21 |
| Red cord attached to two gold colored and one silver-colored hoops | 1B76 | 22 |
| One silver colored square earring with small clear stones | 1B76 | 23 |
| Four gold colored hoop earrings and one gold colored watch chain link | 1B76 | 24 |
| One small screwdriver, one gold colored key, one gold colored watch link, one gold and colored watch link, one gold colored stud earring with three clear stones, one gold colored hoop earring with clear stones | 1B76 | 25 |

2.      A forfeiture money judgment in the amount of $4,217,542.86 is entered against the defendant and in favor of the United States. Upon final forfeiture of the specific property identified in the previous paragraph to the United States, the net proceeds realized by the United States shall be credited to this forfeiture money judgment.

3. The Court finds that the proceeds that defendant personally obtained, other than the specific property identified above, as a result of the offense to which she has pled guilty have been dissipated by her and cannot be located upon the exercises of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

5. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the defendant's consent, this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. The order remains preliminary as to third parties until the ancillary proceeding is concluded under Rule 32.2(c).

6. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

7. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this _____ day of July, 2024.

_____
TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE